ACCEPTED
14-14-00492-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 1:44:27 PM
CHRISTOPHER PRINE
CLERK

**14-14-00492-CV**

**APE EXHIBIT #1**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 1:44:27 PM

CHRISTOPHER A. PRINE
Clerk

**Healthcare Liability Claim in Hospital Emergency Department**

**Emergency Medical Care Ch. 74.001(a)(7)**

**Potential Emergency Medical Condition**

**Bona Fide Emergency Services**

**Ch. 74.153 Applies**